In the Matter of the Application of HOWLAND P. WELLS, Respondent, for the Appointment of a Committee of the Person and Estate of EUGENE P. CLARK, Appellant, an Alleged Incompetent Person.

*Matter of Clark*, 57 App, Div. 5, appeal dismissed.
(Argued January 8, 1902; decided January 14, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1900, which reversed an order of the Ontario County Court denying, without passing upon the merits, a motion to confirm an inquisition in proceedings *de lunatico*

*inquirendo*, and remitted the proceedings to such court for the exercise of the discretion conferred upon it as to the confirmation of the inquisition and the appointment of a committee.

*Royal R. Scott* and *E. A. Griffith* for appellant.

*F. E. Converse* for respondent.

Appeal dismissed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.